AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| ABC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   13-cv-2642 (RJS) |
| DEF | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioner ABC (Eric Holder, Attorney General of the United States Department of Justice)   .

Date:   09/30/2013

/s/ Tara M. La Morte
*Attorney's signature*

Assistant U.S. Attorney Tara M. La Morte
*Printed name and bar number*

86 Chambers Street, 3rd Floor
New York, NY 10007

*Address*

tara.lamorte2@usdoj.gov
*E-mail address*

(212) 637-2746
*Telephone number*

(212) 637-2702
*FAX number*