

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 22, 2013

**By E-mail**

The Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:   *In re National Security Letter*, No. 13 Civ. 2642 (RJS)

Dear Judge Sullivan:

      I am the Assistant United States Attorney representing Petitioner Eric Holder, Attorney General of the United States (hereinafter the "Government"), in the above-referenced matter, in which the Government sought to enforce a National Security Letter that was served by the Federal Bureau of Investigation ("FBI") on Respondent on April 22, 2013.

      Pursuant to Chief Judge Preska's global stay and tolling order, which was entered in this case in light of the Government shutdown, the Government's opposition to Respondent's second motion for reconsideration is due this Friday, October 25.  However, due to an extraordinarily active docket, I respectfully request a one-week extension of time, to Friday, November 1.  Counsel for Respondent consents to this request.

The Honorable Richard J. Sullivan page 2
October 22, 2013

I thank the Court for its consideration of this matter.

                                  Respectfully submitted,

                                  PREET BHARARA
                                  United States Attorney for the
                                  Southern District of New York

By:   */s/ Tara M. La Morte*
       TARA M. La MORTE
       Assistant United States Attorney
       Telephone: (212) 637-2746
       Facsimile:  (212) 637-2702
       tara.lamorte2@usdoj.gov

cc:     Todd Hinnen, Esq.
       Eric Miller, Esq.
       Perkins Coie
       *Attorneys for Respondent*