

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

October 22, 2013

```
USDS SDNY
DOCUMENT
ELECTRO       LY FILED
DOC #: _____
DATE FILED: 10-25-13
```

**By E-mail**
The Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

# MEMO ENDORSED

Re:   *In re National Security Letter*, No. 13 Civ. 2642 (RJS)

Dear Judge Sullivan:

I am the Assistant United States Attorney representing Petitioner Eric Holder, Attorney General of the United States (hereinafter the "Government"), in the above-referenced matter, in which the Government sought to enforce a National Security Letter that was served by the Federal Bureau of Investigation ("FBI") on Respondent on April 22, 2013.

Pursuant to Chief Judge Preska's global stay and tolling order, which was entered in this case in light of the Government shutdown, the Government's opposition to Respondent's second motion for reconsideration is due this Friday, October 25. However, due to an extraordinarily active docket, I respectfully request a one-week extension of time, to Friday, November 1. Counsel for Respondent consents to this request.

The Honorable Richard J. Sullivan                                                                page 2
October 22, 2013

I thank the Court for its consideration of this matter.

                                            Respectfully submitted,

                                            PREET BHARARA
                                            United States Attorney for the
                                            Southern District of New York

                            By:     /s/ Tara M. La Morte
                                            TARA M. La MORTE
                                            Assistant United States Attorney
                                            Telephone: (212) 637-2746
                                            Facsimile:  (212) 637-2702
                                            tara.lamorte2@usdoj.gov


cc:     Todd Hinnen, Esq.
        Eric Miller, Esq.
        Perkins Coie
        *Attorneys for Respondent*

SO ORDERED
Dated:

10/23/13

RICHARD J. SULLIVAN
U.S.D.J.