

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 20, 2013

**SUBMITTED UNDER SEAL PURSUANT TO  18 U.S.C. § 3511(d)**
**AND SEALING ORDER DATED APRIL 22, 2013**

**By Hand Delivery**
The Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

                    Re:   *In re National Security Letter*, No. 13 Civ. 2642 (RJS)

Dear Judge Sullivan:

      I am the Assistant United States Attorney representing Petitioner Eric Holder, Attorney General of the United States (hereinafter the "Government"), in the above-referenced matter, in which the Government seeks to enforce a National Security Letter dated [REDACTED] 2013 (the "[REDACTED] NSL") that was served by the Federal Bureau of Investigation ("FBI") on Google, Inc. ("Google") on April 22, 2013.

      Please find enclosed a courtesy copy of the Government's reply memorandum of law in further support of its motion to enforce the [REDACTED] NSL, along with a declaration and an exhibit.  Pursuant to the Court's April 26, 2013 scheduling order, these documents were filed under seal on May 17, 2013.

The Honorable Richard J. Sullivan                                                                                          page 2
May 20, 2013

We thank the Court for its consideration of this matter.

                                  Respectfully submitted,

                                  PREET BHARARA
                                  United States Attorney for the
                                  Southern District of New York

By:    <u>/s/ Tara M. La Morte</u>
         TARA M. La MORTE
         Assistant United States Attorney
         Telephone: (212) 637-2746
         Facsimile:  (212) 637-2702
         tara.lamorte2@usdoj.gov

cc (w/o encl.):
       Todd Hinnen, Esq.
       Perkins Coie
       *Attorney for Google, Inc.*