UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

In re NATIONAL SECURITY LETTER

13 cv 2642 (RJS)

**FILED UNDER SEAL PURSUANT TO 18 U.S.C. § 3511(d) AND SEALING ORDER DATED APRIL 22, 2013**

------------------------------------------------------------------ x

## STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

Whereas, on April 22, 2013, Petitioner Eric Holder, Attorney General of the United States, filed under seal a Petition for Judicial Review and Enforcement of a National Security Letter Pursuant to 18 U.S.C. § 3511(c) (the "Government's Petition");

Whereas, the Government's Petition sought enforcement of a National Security Letter dated ▬ 2013 ("the ▬ NSL");

Whereas, on May 21, 2013, the District Court for the Northern District of California entered an order Denying Petition to Set Aside and Granting Petition to Enforce, in *In re National Security Letters*, No. 3:13-mc-80063 (N.D. Cal.) (SI);

Whereas, in light of the May 21 Order, Google Inc. has complied with the ▬ NSL;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action is voluntarily dismissed without prejudice

pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated:    May 24, 2013
             New York, New York

| | |
|---|---|
| Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Tel: 206.359.3384<br>Fax: 206.359.4384<br>Email: THinnen@perkinscoie.com<br><br>By: _/s/ Todd Hinnen/T.O._<br>      TODD HINNEN<br><br>*Attorney for Google Inc.* | PREET BHARARA<br>United States Attorney for the<br>Southern District of New York<br><br>By: _/s/ Tara La Morte/T.O._<br>      TARA LA MORTE<br>Assistant United States Attorney<br>86 Chambers St., 3rd Floor<br>New York, New York 10007<br>(212) 637-2746 (tel)<br>(212) 637-2702 (fax)<br>tara.lamorte2@usdoj.gov<br><br>*Attorney for Petitioner* |

SO-ORDERED

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

5/30/13

2